first district at the October term, 1926. Reversed and remanded. Opinion filed February 1, 1927.

Benjamin C. Bachrach, for plaintiffs in error. Robert E. Crowe, State's Attorney, for defendant in error; Henry T. Chace, Jr., Edward E. Wilson and Louis M. Blumenthal, Assistant State's Attorneys, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

David Flyer, defendant in error, v. Nathan Zimmerman and Oscar Zimmerman, plaintiffs in error. Gen. No. 31,151.

Action for damages for assault. Judgment for plaintiff. Error to the Superior Court of Cook county; the Hon. William J. Lindsay, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Reversed and remanded. Opinion filed February 1, 1927.

Rosenberg & Zimmerman, for plaintiffs in error; H. J. Rosenberg, of counsel. No appearance for defendant in error.

Mr. Justice Barnes delivered the opinion of the court.

---

Charles Allen, defendant in error, v. Edwin L. Coyle et al., plaintiffs in error. Gen. No. 31,184.

Suit on acceptance of foreign bill of exchange. Judgment for plaintiff on directed verdict. Error to the Municipal Court of Chicago; the Hon. Joseph W. Schulman, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Reversed and remanded. Opinion filed February 1, 1927.

C. Oscar Carlson, for plaintiffs in error. J. Kendall S. Mitchell, for defendant in error.

Mr. Justice Barnes delivered the opinion of the court.

---

Gustave Riedl, plaintiff in error, v. Mack-International Motor Truck Corporation, defendant in error. Gen. No. 31,259.

Suit to recover statutory penalty from chattel mortgagee for failing to furnish mortgagor required statement of mortgage sale. Judgment against plaintiff of nonsuit on the pleadings. Error to the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Reversed and remanded. Opinion filed February 1, 1927.

William C. Greatman, for plaintiff in error. Freeman, Mason, Igoe & Flaherty, for defendant in error.

Mr. Justice Barnes delivered the opinion of the court.

---

H. L. Yung, defendant in error, v. Frances Riemann and Ernest Saunders, plaintiffs in error. Gen. No. 30,297.

Action for contract price of carpenter work. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. William E. Viner, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed and remanded. Opinion filed February 1, 1927.

Frank T. McDermott, for plaintiffs in error. No appearance for defendant in error.

Mr. Justice Fitch delivered the opinion of the court.